UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FILED FEB - 4 2009 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Samuel Petro Abraham,

  Plaintiff,

  v.                                          Civil Action No. 09 0207

Rabbi Moses Heinemann *et al.*,

  Defendants.

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, who claims to be homeless in Brooklyn, New York, sues a rabbi in Baltimore, Maryland, an organization in Brooklyn New York, and his "millionaire" wife, Complaint

Caption, but he has not set forth cogent facts from which a claim or the basis of federal court jurisdiction may be discerned. Accordingly, the case will be dismissed by separate Order issued contemporaneously.

Date: January 10th, 2009

_____
United States District Judge